UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-561-AB (AS) | Date | October 15, 2014 |
|---|---|---|---|
| Title | Paulette Danita Morris v. County of San Bernardino, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE A CASE MANAGEMENT REPORT

On April 8, 2014, Plaintiff Paula Danita Morris ("Plaintiff"), a *pro se* litigant, filed a Complaint, pursuant to 42 U.S.C. § 1983 (Docket Entry No. 3). The Complaint brings suit against the following Defendants:

(1) the County of San Bernardino;
(2) the San Bernardino County Department of Children and Family Services;
(3) Eric Bahra (sued in his individual and official capacities);
(4) Nicole Horn (sued in her individual and official capacities);
(5) Mary Anna Whitehall (sued in her individual and official capacities);
(6) Phil Tardanico (sued in his individual and official capacities);
(7) Diane Brown (sued in her individual and official capacities);
(8) Jim Horne (sued in his individual and official capacities);
(9) Sheila Whitesock (sued in her individual and official capacities);
(10) Deanna Avery-Motikeit (sued in her individual and official capacities);
(11) Judge Gregory Tavill (sued in his individual and official capacities);
(12) Downs and Martin Group Home;
(13) Denise Roberts (sued in her individual capacity); and
(14) Does 1 through 100.

(See Compl. 1–6.)

On May 13, 2014, the following Defendants filed an Answer to the Complaint: the County of San Bernardino, the San Bernardino County Department of Children and Family Services, Eric Bahra, Nicole Horn, Mary Anna Whitehall, Phil Tardanico, Jim Horne, and Deanna Avery-Motikeit (Docket Entry No. 7). On May 14, 2014, the Court issued an Order Regarding Scheduling in Civil Rights Case ("First

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-561-AB (AS) | Date | October 15, 2014 |
|---|---|---|---|
| Title | Paulette Danita Morris v. County of San Bernardino, et al. | | |

Discovery Scheduling Order") (Docket Entry No. 9). The First Discovery Scheduling Order required each party to "file and serve a Case Management Report on or before **August 14, 2014**." (First Discovery Scheduling Order 1.) The Court subsequently clarified that the First Discovery Scheduling Order applied only to the aforementioned Defendants who filed the Answer on May 13, 2014 (Docket Entry No. 10).

On June 18, 2014, Defendant Diane Brown filed an Answer (Docket Entry No. 18). On July 8, 2014, the Court issued another Order Regarding Scheduling, which is applicable to only the claims Plaintiff asserted against Defendant Diane Brown and the defenses Defendant Brown raised against Plaintiff ("Second Discovery Scheduling Order") (Docket Entry No. 30). The Second Discovery Scheduling Order required each party to "file and serve a Case Management Report on or before **October 8, 2014**." (Second Discovery Scheduling Order 1.)[1]

On October 8, 2014, the following Defendants jointly filed a Case Management Report: the County of San Bernardino, the San Bernardino County Department of Children and Family Services, Eric Bahra, Nicole Horn, Mary Anna Whitehall, Phil Tardanico, Diane Brown, Jim Horne, and Deanna Avery-Motikeit (Docket Entry No. 40). On October 14, 2014, Defendant Sheila Whitesock filed an Answer (Docket Entry No. 41).

To date, Plaintiff has failed to file either of her Case Management Reports or ask for an extension of time in which to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **twenty-one (21) days** of the date of this Order, or **no later than November 5, 2014**, why this action should not be dismissed for failure to comply with Court orders and failure to prosecute. In lieu of such a response, Plaintiff may file a single Case Management Report (which complies with the requirements provided in the First and Second Discovery Scheduling Orders) **no later than November 5, 2014**.

**Plaintiff is expressly warned that failure to file a timely response or Case Management Report may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and for failure to obey court orders. See Fed. R. Civ. P. 41(b).**

\*   \*   \*

---

[1] On August 11, 2014, Defendant Judge Gregory Tavill filed a Motion to Dismiss (Docket Entry No. 32). The Motion is currently under submission with the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-561-AB (AS) | Date | October 15, 2014 |
|---|---|---|---|
| Title | Paulette Danita Morris v. County of San Bernardino, et al. | | |

On May 28, 2014, the Court ordered Plaintiff to file a Proof of Service demonstrating that she had served, *inter alia*, Defendants (1) Downs and Martin Group Home, and (2) Denise Roberts (Docket Entry No. 12). Plaintiff has since filed Proof of Service forms with respect to these Defendants (Docket Entry Nos. 14, 15.) The forms reveal that Plaintiff attempted to serve these two Defendants by delivering the Summons and Complaint to the Clerk of the Board of the County of San Bernardino. (See Proof of Service re Denise Roberts; Proof Service re Downs and Martin Group Home.) However, it appears that the Clerk of the Board is not an agent authorized by appointment or by law to receive service of process on behalf of these Defendants. See Fed. R. Civ. P. 4(e)(2)(C). Accordingly, Plaintiff may not have properly served: (1) Downs and Martin Group Home, and (2) Denise Roberts.

The Court reminds Plaintiff that these Defendants are not required to appear in this action until Plaintiff has satisfied the applicable service requirements. **Plaintiff must serve the Complaint and the Summons on Defendants within 120 days after the Complaint is filed. Failure to do so may result in dismissal of the action without prejudice against those Defendants.** See Fed. R. Civ. P. 4(m).

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |