UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | ED CV 14-561-AB (AS) | Date | February 19, 2015 |
|---|---|---|---|
| Title | *Paulette Danita Morris v. County of San Bernardino, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**        **ORDER TO SHOW CAUSE**

On January 12, 2015, Defendant Judge Gregory Tavill filed a Motion to Dismiss Plaintiff's First Amended Complaint. (Docket Entry No. 60.) The Court directed Plaintiff to file an Opposition to the Motion to Dismiss no later than January 30, 2015. (Docket Entry No. 63.) To date, Plaintiff has not filed an Opposition to Defendant Tavill's Motion to Dismiss.

The failure to file an opposition to a motion may constitute that party's consent to relief sought pursuant to Local Civil Rule 7-12 and/or result in a recommendation that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, no later than **March 5, 2015**, why Plaintiff's claims against Defendant Tavill should not be dismissed with prejudice for failure to prosecute.