# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULETTE DANITA MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO,<br>et. al.,<br><br>　　　　　Defendants. | NO. EDCV 14-561-AB (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge as to the claim against Defendant Judge Tavill, to which objections were filed, and the Report and Recommendation of United States Magistrate Judge as to the claims against Defendants County of San Bernadino, Eric Bahra, Nicol Horn, Mary Anna Whitehall, Phil Tardanico, Diane Brown, Jeff Horne, and Shiela Whitesock, to which no objections were filed. After having made

a de novo determination of the portion of the Report and Recommendation as to the claim against Defendant Judge Tavill, to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation are without merit and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.  Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing defendants Judge Tavill, County of San Bernadino, Eric Bahra, Nicol Horn, Mary Anna Whitehall, Phil Tardanico, Diane Brown, Jeff Horne, and Shiela Whitesock with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 4, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE