**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PAULETT DANITA MORRIS, | ) | NO. EDCV 14-561-AB (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, et. al. | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 4, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE